United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-13747-elf
Rodney M. Green                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith              Page 1 of 1          Date Rcvd: Aug 01, 2019
                        Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
14180906    +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6 & 8,
              Charlotte, NC 28217-1932

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:
    BRENNA HOPE MENDELSOHN    on behalf of Debtor Rodney M. Green tobykmendelsohn@comcast.net
    FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
     ecf_frpa@trustee13.com
    KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association, not in its
     individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust
     bkgroup@kmllawgroup.com
    KEVIN G. MCDONALD    on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
    SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
    THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
     ehutchinson@grossmcginley.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
     ECF_FRPA@Trustee13.com
    WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
     Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                    TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-13747-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Rodney M. Green
720 Wisteria Avenue
Reading PA 19606

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/31/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 5: RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6 & 8, Charlotte, NC 28217 | ROUNDPOINT MORTGAGE SERVICING CORPORATION as Servicer for Kingsmead Asset Holding Trust PO Box 19409 Charlotte, NC 282199409 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/03/19

Tim McGrath
**CLERK OF THE COURT**