## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Rodney M. Green

      Debtor

Chapter 13

Kingsmead Asset Holding Trust

      v.

Rodney M. Green    Debtor

NO. 18-13747 ELF

Kimberly A. Green    Co-Debtor

and Scott Waterman

      Trustee

### **ORDER**

AND NOW, this  4th    day of   September  , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on December 13, 2018 it is **ORDERED** that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 are **MODIFIED** to allow Kingsmead Asset Holding Trust and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 720 Wisteria Avenue Reading, PA 19606.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**