UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Rodney M. Green,                            : Chapter 13 Bankruptcy
                                                   : Bankruptcy No. 18-13747-elf
                                Debtor              : HEARING DATE: December 19, 2019
                                                   : at 11:00 a.m.


NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

    Brenna H. Mendelsohn, Esquire of Mendelsohn & Mendelsohn, P.C./Movant has filed a
Motion to Modify Plan on behalf of Rodney M. Green, Chapter 13 Debtor.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss
them with your attorney, if you have one in this Bankruptcy case.  (If you do not have an
Attorney, you may wish to consult an Attorney.)**

    1.    If you do not want the Court to grant the relief sought in the Motion or if
you want the Court to consider your review on the Motion, then on or
before December 9, 2019, you or your attorney must do all of the
following:

    a)    File an Answer explaining your position at:

United States Bankruptcy Court
Eastern District of Pennsylvania
The Madison Building
400 Washington Street
Reading, PA 19601

If you mail your Answer to the Bankruptcy Clerk's Office for
filing, you must mail it early enough so that it will be received on
or before the date stated above; and

    b)    Mail a copy to the Movant's Attorney:

Mendelsohn & Mendelsohn, P.C.
Attention: Brenna H. Mendelsohn, Esquire
637 Walnut Street
Reading, PA 19601
Telephone: (610) 374-8088
Facsimile: (610) 478-1260

    2.    If you or your attorney do not take the steps described in 1a) and 1b)
above and attend the hearing, the Court may enter an Order granting the

relief requested in the Motion.

3.    A Hearing on the Motion is scheduled to be held before the Honorable
Eric L. Frank on December 19, 2019 at 11:00  a.m. in Courtroom 1 of the
Honorable Eric L. Frank, United States Bankruptcy Court, The Madison
Building, 400 Washington Street, Reading, PA 19601. If a copy of the
Motion is not enclosed, a copy of the Motion will be provided to you if
you request a copy from the attorney named in paragraph 1b).

4.    You may contact the Court directly at (610) 208-5040 to find out whether
the Hearing has been cancelled because no one filed an Answer.

Dated: November 18, 2019                    /s/ Brenna H. Mendelsohn
                                            BRENNA MENDELSOHN, ESQ.
                                            Mendelsohn & Mendelsohn, P.C.
                                            Attorney for Debtor