United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13747-elf
Rodney M. Green                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith           Page 1 of 1           Date Rcvd: Dec 13, 2019
                         Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2019.
```
db             +Rodney M. Green,    720 Wisteria Avenue,    Reading, PA 19606-3482
cr             +Santander Bank, N.A.,    c/o Thomas A. Capehart, Esq.,    Gross McGinley LLP,
                 33 S Seventh Street,    Allentown, PA 18101-2418
cr             +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
                 Fort Worth, TX 76161-0275
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Rodney M. Green tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              THOMAS A. CAPEHART    on behalf of Creditor    Santander Bank, N.A. JKacsur@grossmcginley.com,
               ehutchinson@grossmcginley.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Rodney M. Green                 :        Chapter 13
                                        :
        Debtor                          :
                                        :        Bankruptcy No. 18-13747-elf

**ORDER**

AND NOW, this __13th__ day of _____December_____, 2019, upon consideration of the Application for Compensation filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED**.

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $800.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in ¶2.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**