| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-13747-PMM

RODNEY M GREEN
720 WISTERIA AVENUE
READING PA 19606

Petition Filed Date: 06/05/2018
341 Hearing Date: 08/07/2018
Confirmation Date: 02/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2019 | $275.00 | | 02/08/2019 | $275.00 | | 03/08/2019 | $275.00 | |
| 04/09/2019 | $275.00 | | 05/07/2019 | $275.00 | | 06/06/2019 | $275.00 | |
| 07/08/2019 | $275.00 | | 08/07/2019 | $275.00 | | 09/13/2019 | $275.00 | Monthly Plan P |
| 10/17/2019 | $275.00 | | 11/15/2019 | $275.00 | | 12/16/2019 | $280.00 | |
| 01/14/2020 | $280.00 | | 02/18/2020 | $280.00 | | 04/07/2020 | $280.00 | |
| 05/01/2020 | $280.00 | | 06/25/2020 | $280.00 | | | | |

**Total Receipts for the Period: $4,705.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,355.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 004 | Unsecured Creditors | $268.25 | $0.00 | $268.25 |
| 2 | CCAP AUTO LEASE LTD<br>»» 002 | Secured Creditors | $5.29 | $5.29 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $702.61 | $16.61 | $686.00 |
| 5 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» 05A | Secured Creditors | $0.00 | $0.00 | $22,325.61 |
| 5 | ROUNDPOINT MORTGAGE SERVICING CORP<br>»» 05B | Secured Creditors | $0.00 | $0.00 | $6,309.79 |
| 1 | SANTANDER BANK NA<br>»» 001 | Unsecured Creditors | $35,213.84 | $1,568.25 | $33,645.59 |
| 6 | MENDELSOHN & MENDELSOHN PC<br>»» 006 | Attorney Fees | $3,400.00 | $3,400.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $800.00 | $800.00 | $0.00 |

**Chapter 13 Case No. 18-13747-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,355.00 | Current Monthly Payment: | $275.00 |
| Paid to Claims: | $5,790.15 | Arrearages: | $795.00 |
| Paid to Trustee: | $538.22 | Total Plan Base: | $16,500.00 |
| Funds on Hand: | $26.63 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.