United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rodney M. Green  
    Debtor(s)

Case No. 18-13747-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Adminstra      Page 1 of 2  
Date Rcvd: Nov 16, 2020      Form ID: 210U      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney M. Green, 1263 2nd Ave., Gilbertsville, PA 19525-9530 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |
| cr | + | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 14117995 | + | Arcadia Collection, 645 Penn Street, Reading, PA 19601-3543 |
| 14117996 | + | Bur Acct Mgm, 645 Penn Street, Reading, PA 19601-3543 |
| 14117999 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Assoc., 13355 Noel Road Ste 2100, Dallas, TX 75240 |
| 14117998 | + | Chysler Capital, PO BOX 961275, Fort Worth, TX 76161-0275 |
| 14257289 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14429886 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut StreetR, Reading, PA 19601-3524 |
| 14366019 | | ROUNDPOINT MORTGAGE SERVICING CORPORATION, as Servicer for, Kingsmead Asset Holding Trust, PO Box 19409, Charlotte, NC 282199409 |
| 14124301 | + | RoundPoint Mortgage, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14180906 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6 & 8, Charlotte, NC 28217-1932 |
| 14118002 | + | Santander Bank, PO BOX 961245, Fort Worth, TX 76161-0244 |
| 14123336 | + | Santander Bank, N.A., 601 Penn Street, 10-6438-FB7, Reading, PA 19601-3563 |
| 14123565 | | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., 33 S. 7th Street, P O Box 4060, Allentown, PA 18105-4060 |
| 14171984 | + | Santander Consumer USA, Inc., c/o William E. Craig, Esq., 110 Marter Ave., Ste 301, Moorestown, NJ 08057-3124 |
| 14118003 | + | Tbom/total Crd, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 17 2020 04:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 17 2020 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14177692 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 17 2020 03:43:17 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14118000 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14170248 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 17 2020 09:16:47 | Portfolio Recovery Associates, LLC, POB 41067, |

Case 18-13747-pmm    Doc 63    Filed 11/18/20    Entered 11/19/20 00:51:42    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 16, 2020 | Form ID: 210U | Total Noticed: 27 |

Norfolk VA 23541

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14117997 | *+ | Bur Acct Mgm, 645 Penn Street, Reading, PA 19601-3543 |
| 14118001 | ##+ | Roundpoint Mtg, 5032 Parkwy Plaza Blvd., Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Rodney M. Green tobykmendelsohn@comcast.net |
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| KEVIN G. MCDONALD | on behalf of Creditor Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS A. CAPEHART | on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM MILLER*R | on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com ECF_FRPA@Trustee13.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

___

In Re: Rodney M. Green                                         Case No: 18−13747−pmm

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

Dated: 11/16/20

For The Court

Timothy B. McGrath
Clerk of Court

59
Form 210U