Certificate Number: 20102-PAE-DE-035179864

Bankruptcy Case Number: 18-13747



20102-PAE-DE-035179864

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2020, at 8:46 o'clock AM EST, Rodney Green completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 15, 2020

By: /s/Marcy Walter

Name: Marcy Walter

Title: Certified Personal Finance Counsleor