# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| RODNEY M. GREEN ) | NO. 18-13747-pmm |
| Debtor (s) ) | Chapter 7 (converted from Chapter 13) |
| ) | |
| ) | |
| SANTANDER BANK, N.A. ) | MOTION FOR STAY RELIEF |
| Movant ) | UNDER §362(d) |
| vs. ) | |
| ) | Hearing Date: December 29, 2020 |
| RODNEY M. GREEN ) | Time: 10:00 a.m. |
| Respondent ) | Courtroom: 4th Floor |

## CERTIFICATION OF NO RESPONSE

I, Thomas A. Capehart, Esquire, attorney for the Movant, hereby certify that no answer, objection or other responsive pleading has been served upon me in connection with Santander Bank's Motion for Relief from the Automatic Stay with regard to property located at 4832 Farming Ridge Boulevard, Reading, Exeter Township, Berks County, Pennsylvania ("Premises"), which was served upon all parties of interest on December 9, 2020.

Dated: December 28, 2020

Respectfully Submitted,
**GROSS MCGINLEY LLP**

By:/s/Thomas A. Capehart
Thomas A. Capehart, Esq.,
*Attorney for Santander Bank, N.A.*
PA Bar ID #57440
33 S. 7th Street, PO Box 4060
Allentown, PA 18105
610-820-5450 (p); 610-820-6006 (f)
tcapehart@grossmcginley.com