**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Rodney M. Green,** | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 18-13747 PMM |

# O R D E R

**AND NOW,** Santander Bank, N.A. ("Santander") having filed a Motion for Relief from Stay (doc. no. 65, "the Motion");

**AND** a hearing on the Motion having been held and concluded on December 29, 2020;

**AND** Santander seeking relief from the automatic stay with regard to property not owned by the Debtor; see Motion at 2 ("Debtor has no legal or equitable ownership interest in the Premises and the Premises is thus not property of this Chapter 7 bankruptcy");

**AND** because the property in question not being property of the estate pursuant to 11 U.S.C. §541, the court lacks jurisdiction to determine the Motion, see In re Bill Cullen Elec. Contracting Co., 160 B.R. 581, 583 (Bankr. N.D. Ill. 1993);

It is therefore hereby **ORDERED** that the Motion is **DENIED** for lack of jurisdiction.

*Patricia M. Mayer*

Date: December 29, 2020

                                              **PATRICIA M. MAYER**
                                              **U.S. BANKRUPTCY JUDGE**