United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                           Case No. 18-13747-pmm
Rodney M. Green                                                                                  Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rodney M. Green, 1263 2nd Ave., Gilbertsville, PA 19525-9530 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |
| cr | + | Santander Consumer USA Inc., d/b/a Chrysler Capita, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 31, 2020                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

**Name**                         **Email Address**
BRENNA HOPE MENDELSOHN
    on behalf of Debtor Rodney M. Green tobykmendelsohn@comcast.net

FREDERICK L. REIGLE
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

KEVIN G. MCDONALD
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for Carisbrook Asset Holding Trust bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor Kingsmead Asset Holding Trust bkgroup@kmllawgroup.com

LYNN E. FELDMAN
    trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 3 |

THOMAS A. CAPEHART
 on behalf of Creditor Santander Bank N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

United States Trustee
 USTPRegion03.PH.ECF@usdoj.gov

WILLIAM MILLER*R
 on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com  ECF_FRPA@Trustee13.com

WILLIAM EDWARD CRAIG
 on behalf of Creditor Santander Consumer USA Inc.  d/b/a Chrysler Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Rodney M. Green, | : | Chapter 7 |
| | : | |
| Debtor | : | Bky. No. 18-13747 PMM |

# O R D E R

AND NOW, Santander Bank, N.A. ("Santander") having filed a Motion for Relief from Stay (doc. no. 65, "the Motion");

AND a hearing on the Motion having been held and concluded on December 29, 2020;

AND Santander seeking relief from the automatic stay with regard to property not owned by the Debtor; see Motion at 2 ("Debtor has no legal or equitable ownership interest in the Premises and the Premises is thus not property of this Chapter 7 bankruptcy");

AND because the property in question not being property of the estate pursuant to 11 U.S.C. §541, the court lacks jurisdiction to determine the Motion, see In re Bill Cullen Elec. Contracting Co., 160 B.R. 581, 583 (Bankr. N.D. Ill. 1993);

It is therefore hereby **ORDERED** that the Motion is **DENIED** for lack of jurisdiction.

*/Patricia M. Mayer/*

Date: December 29, 2020

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**